(No. 1242— ■■■■■)

THE TODD COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed December 16, 1930.*

WINSTON, STRAWN & SHAW, for claimant.

OSCAR E. CARLSTROM, Attorney General; DAVID J. KADYK,
Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the
court:

Now comes Oscar E. Carlstrom, Attorney General, and
makes his motion for dismissal, pursuant to an order to show
cause entered by this court on the 13th day of November,
A. D. 1930, wherein the claimant was ordered to show cause
on or before December 3rd, 1930, why this case should not
be dismissed for want of prosecution.

And it appearing to the court that cause has not been
shown by claimant in accordance with said order, it is hereby
ordered that the claim be dismissed without an award and
the case stricken from the docket.

(No. 1245— ■■■■■)

STROMBERG CARISON TELEPHONE MANUFACTURING COMPANY, Claim-
ant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 16, 1930.*

WINSTON, STRAWN & SHAW, for claimant.

OSCAR E. CARLSTROM, Attorney General; DAVID J. KADYK,
Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the
court:

464

Now comes Oscar E. Carlstrom, Attorney General, and makes his motion for dismissal, pursuant to an order to show cause entered by this court on the 13th day of November, A. D. 1930, wherein the claimant was ordered to show cause on or before December 3rd, 1930, why this case should not be dismissed for want of prosecution.

And it appearing to the court that cause has not been shown by claimant in accordance with said order, it is hereby ordered that the claim be dismissed without an award and the case stricken from the docket.

(No. 1255—

ROYAL TYPEWRITER COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 16, 1930.*

WINSTON, STRAWN & SHAW, for claimant.

OSCAR E. CARLSTROM, Attorney General; DAVID J. KADYK, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

Now comes Oscar E. Carlstrom, Attorney General, and makes his motion for dismissal, pursuant to an order to show cause entered by this court on the 13th day of November, A. D. 1930, wherein the claimant was ordered to show cause on or before December 3rd, 1930, why this case should not be dismissed for want of prosecution.

And it appearing to the court that cause has not been shown by claimant in accordance with said order, it is hereby ordered that the claim be dismissed without an award and the case stricken from the docket.